David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Alex A. Wade (SBN 304022)
wadea@cmtlaw.com
CARLSON & MESSER LLP
5901 West Century Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendants
AMERICAN STIMULUS FUNDING CORP.
and LISA PRINCIPATO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK L. JAVITCH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN STIMULUS FUNDING CORP. and LISA PRINCIPATO,<br><br>　　　　Defendants. | CASE NO. 3:19-cv-00354-JD (DMR)<br><br>**NOTICE OF SETTLEMENT** |

　　　　PLEASE TAKE NOTICE that this entire action has been settled. The parties anticipate that they will complete the settlement, and file a stipulation of dismissal, within 45 days from the date of this notice.

///

///

///

///

///

///

In light of the settlement, the parties respectfully request that the Court take off calendar all future hearing dates and deadlines in this case.

Dated: December 18, 2019     Law Offices of Mark L. Javitch


s/ Mark L. Javitch_____
Plaintiff
In Pro Per


Dated: December 18, 2019     **CARLSON & MESSER LLP**


s/David J. Kaminski_____
David J. Kaminski
Alex A. Wade
Attorneys for Defendants
AMERICAN STIMULUS FUNDING CORP. and LISA PRINCIPATO.

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Plaintiff, and that I have obtained Plaintiff's authorization to affix the electronic signatures to this document.

Dated: December 18, 2019                **CARLSON & MESSER LLP**

                                    s/David J. Kaminski
                                    David J. Kaminski
                                    Alex A. Wade
                                    Attorneys for Defendants
                                    AMERICAN STIMULUS FUNDING CORP. and
                                    LISA PRINCIPATO.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2019, a true and correct copy of the foregoing document entitled NOTICE OF SETTLEMENT was filed through the ECF system, which will send notification of such filing to the e-mail addresses associated with this case.

Dated: December 18, 2019

**CARLSON & MESSER LLP**

s/David J. Kaminski
David J. Kaminski
Alex A. Wade
Attorneys for Defendants
AMERICAN STIMULUS FUNDING CORP. and LISA PRINCIPATO.